**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DINA HOROWITZ, on behalf of herself and All others similarly situated, | ) | Civil Action No.: 4:15-cv-1769-RWS |
| Plaintiff, | ) | Chief Judge Rodney W. Sippel |
| vs. | ) | |
| SUNEDISON, INC, AHMAD CHATILA, And BRIAN WUEBBELS, | ) | |
| Defendants. | ) | |

So Ordered
1/8/16

**MOTION, STIPULATION AND ORDER**
**TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

The parties have reached the following Stipulation and respectfully move the court to enter an Order granting an extension for responsive pleadings. In support of this Motion, the Parties stipulate:

1. On November 30, 2015, Dina Horowitz ("Plaintiff"), on behalf of herself and all others similarly situated, filed a Complaint (the "Complaint") against SunEdison, Inc., Ahmad Chatila, and Brian Wuebbels (the "Defendants").

2. The Defendants have each been served by personal service on December 3, 2015.

3. The action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, which requires the appointment of a Lead Plaintiff.

4. WHEREAS, after the Court appoints a Lead Plaintiff in this matter, a consolidated or amended complaint will likely be filed superseding previously filed complaint(s), including the Complaint;

5. The parties agree that responding to any complaint should be deferred for all Defendants in light of the foregoing;

6. The Parties further stipulate and agree that:

a. Defendants shall not be required to, and shall not waive any rights, arguments, or defenses by failing to answer, move, or otherwise respond to the Complaint in this action until after the Court appoints a Lead Plaintiff and such plaintiff has filed a consolidated or amended complaint.

b. Lead Plaintiff shall file a consolidated or amended complaint within 60 days after entry of an order appointing Lead Plaintiff pursuant to § 21D(a)(3)(B), 15 U.S.C. § 78u-4 of the Securities Exchange Act of 1934. The time for Defendants to answer, move, or otherwise respond to the complaint will be 60 days from filing thereof. In the event Defendants file one or more motions to dismiss the complaint, Lead Plaintiff will have 60 days from filing of such motion(s) in which to file papers in opposition to the motion(s). Defendants will have 45 days from the filing of Lead Plaintiff's opposition in which to file reply papers.

7. This Stipulation is entered into without prejudice to any party seeking any interim relief.

**IT IS SO STIPULATED.**

Case: 4:15-cv-01769-RWS Doc. #: 7 Filed: 01/07/16 Page: 3 of 4 PageID #: 45

/s/ *James J. Rosemergy*
James J. Rosemergy
CAREY, DANIS & LOWE
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
Telephone: (314) 678-3400

Mark C. Gardy
James S. Notis
Jennifer Sarnelli
GARDY & NOTIS, LLP
Tower 56
126 East 56th Street, 8th Floor
New York, NY 10024
Tel: 212-905-0509
Fax: 212-905-0508

*Attorneys for Plaintiff*

/s/ *Glenn E. Davis*
Glenn E. Davis (Bar No. 30308MO)
HEPLER BLOOM LLC
211 North Broadway, Suite 2700
St. Louis, MO 63102
Telephone: (314) 241-6160
Facsimile: (314) 241-6116
Email: gdavis@heplerbroom.com

Hille R. Sheppard (*pro hac vice* application to be filed)
hsheppard@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Norman J. Blears (*pro hac vice* application to be filed)
nblears@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building One
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100

Sara B. Brody (*pro hac vice* application to be filed)
sbrody@sidley.com
Jaime A. Bartlett (*pro hac vice* application to be filed)
jbartlett@sidley.com
Sarah A. Hemmendinger (*pro hac vice* application to be filed)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Honorable Rodney W. Sippel
Chief Judge