UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DINA HOROWITZ, on behalf of herself and all others similarly situated, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:15 CV 1769 RWS |
| SUNEDISON, INC., et al., | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| KENNETH J. MOODIE, on behalf of himself and all others similarly situated, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:15 CV 1809 ERW |
| SUNEDISON, INC., et al., | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| ROBERT KUNZ, on behalf of himself and all others similarly situated, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:16 CV 113 HEA |
| SUNEDISON, INC., et al., | ) | |
| Defendants. | ) | |

---

**MEMORANDUM AND ORDER**

This matter is before me on the joint unopposed motion to consolidate this case with two other SunEdison cases currently pending in this Court*:* *Kenneth Moodie, et al. v. SunEdison, Inc., et al.*, Cause No. 4: 15 CV 1809 ERW, and *Robert Kunz v. SunEdison, Inc.*, et al., Cause No. 4: 16 CV 113 HEA. The parties seek consolidation for all purposes under Rule 42 of the Federal Rules of Civil Procedure. After consideration of all relevant factors, the Court will grant the motion to consolidate *these three cases only* as there are questions of law and fact common to these three cases.[1]

Accordingly,

**IT IS HEREBY ORDERED** that the joint motion to consolidate [29] is granted only to the following extent: this case is consolidated with *Moodie, et al. v. SunEdison, Inc., et al.*, Cause No. 4: 15 CV 1809 ERW, and *Robert Kunz v. SunEdison, Inc.*, et al., Cause No. 4: 16 CV 113 HEA, for all purposes, the *Moodie* and *Kunz* cases shall be administratively closed, and from this date forward, all

[1] To the extent the motion for consolidation "of all related actions" attempts to seek either direct assignment to the undersigned (or automatic consolidation of) any future cases that may be filed, the motion is denied. This order of consolidation is *not* an open invitation to create an *ad hoc* MDL, and given the procedural posture of the instant litigation, the Court would find it doubtful that any future motions to consolidate would be granted.

submissions shall be filed only in *Dina Horowitz, et al. v. SunEdison, Inc., et al*, Cause Number 4: 15 CV 1769 RWS, and shall bear only the *Horowitz* caption.

**IT IS FURTHER ORDERED** that any motions for appointment of lead plaintiff and lead counsel shall be filed no later than **February 29, 2016**, and any opposition must be filed no later than **March 7, 2016**. Any such motion, supporting memorandum, or opposition shall comply with the page limitations set out in the Court's local rules. No reply briefs will be permitted.

**IT IS FURTHER ORDERED** that the joint motion for briefing schedule [31] is denied as moot.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of February, 2016.