**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DINA HOROWITZ, on behalf of herself and all others similarly situated, | ) | Case No. 4:15-cv-01769-RWS |
| *Plaintiff,* | ) | |
| v. | ) | |
| SUNEDISON, INC., AHMAD CHATILA, and BRIAN WUEBBELS, | ) | |
| *Defendants.* | ) | |

**NOTICE OF AUTOMATIC STAY AND SUGGESTION OF BANKRUPTCY FOR SUNEDISON, INC.**

PLEASE BE ADVISED that on April 21, 2016, SunEdison, Inc. and certain of its affiliates (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors continue to operate their businesses and manage their properties as debtors and debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. A copy of the face sheet of the Voluntary Petition, bearing the Court, date and time of filing, and a copy of the Attachment to the Voluntary Petition are attached hereto.

PLEASE BE FURTHER ADVISED that as a result of the bankruptcy filing, any further action against the Debtor is stayed under Bankruptcy Code section 362(a).

PLEASE BE FURTHER ADVISED that any action taken against the Debtors or their property without *first* obtaining relief from the automatic stay from the Bankruptcy Court may be subject to findings of contempt and the assessment by the Bankruptcy Court of penalties, fines, and/or sanction, as may be appropriate.

DATED: April 25, 2016

Respectfully submitted,

By: /s/ Glenn Davis

Glenn Davis, Esq. 30308MO
HEPLER BROOM LLC
211 North Broadway, Suite 2700
St. Louis, MO 63102
(314) 480-4154
Glenn.Davis@heplerbroom.com

*Counsel for Defendants SunEdison, Inc., Ahmad Chatila, and Brian Wuebbels*

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Jay M. Goffman
J. Eric Ivester
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

James J. Mazza, Jr.
Louis S. Chiappetta
155 N. Wacker Dr.
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Proposed Counsel for Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filings(s) to all attorney(s) of record.

/s/ Glenn E. Davis