UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DINA HOROWITZ, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>SUNEDISON, INC., et al.,<br><br>    Defendants. | Case No. 4:15 CV 1769 RWS |
| DARCY CHURCH, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>AHMAD CHATILA, et al.,<br><br>    Defendants. | Case No. 4:16 CV 628 CEJ |

## **MEMORANDUM AND ORDER**

Given the motion currently pending before the Judicial Panel on Multidistrict Litigation for the establishment of a multidistrict litigation case in the Southern District of New York [88],

**IT IS HEREBY ORDERED** that the motion to transfer [89] is denied without prejudice to being refiled if the motion for coordinated or consolidated

pretrial proceedings is denied by the Judicial Panel on Multidistrict Litigation.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of August, 2016.